RECEIVED
NOV - 1 2024
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Solomon J. Verdin Jr. — Plaintiff
308501 — Inmate Number

VERSUS

Tiffany Prevost; Mr. Turner; Jason Allen; Huey Haley; Mrs. Tate, Mr. Peters; Mr. Weatherspoon; Mr. Duval; Mr. Thurman; Lisa Jenkins; Charles Russ; Jeff Landry; James Leblanc.

(Enter above the full name of each defendant in this action.)

Electronic Filing Pilot Program

In accordance with the Procedural Rules for Electronic Filing Pilot Project, General Order 2012-01, inmates who reside in or are transferred into Louisiana Department of Corrections facilities participating in the Electronic Filing Pilot Program shall receive orders, notices and judgments by Notice of Electronic Filing ("NEF").

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983.

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly the same.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $402.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

Submit the complaint and pauper affidavit to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
   Plaintiff(s): ____________________

   Defendant(s): ____________________

2. Court (if federal court, name the district; if state court, name the parish): ____________________

3. Docket number: ____________________

4. Name of judge to whom case was assigned: ____________________

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): ____________________

6. Date of filing lawsuit: ____________________
7. Date of disposition: ____________________

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
   Yes ( ) No (✓)

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

II. Place of present confinement: Dixon Correctional Institute

A. Is there a prisoner grievance procedure in this institution?
Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓) No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. All were ignored or coerced to drop

2. What steps did you take? Numerous

3. What was the result? Housed still in imminent danger From inmate assault, And Security retaliation

D. If your answer is No, explain why not:

III. Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) Solomon J. Verdin Jr. D.C.I.
Address P.O. box 788; Jackson, LA. 70748

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

Additional pg. 1 of 2

A Complaint Under The Civil Rights Act, 42 U.S.C. §1983

United States District Court
Middle District OF Louisiana

Solomon J. Verdin Jr #308581
Versus
Tiffany Prevost; Mr. Turner; Jason Allen
Huey Haley; Mrs. Tate; Mr. Peters;
Mr. Weatherspoon; Mr. Daval; Mr. Thurman
Lisa Jenkins; Charles Russ; Jeff Landry
James Leblanc:..

Part III
Additional Defendants
(C)

→ "Mr. Turner" is employed AS Deputy Warden At Dixon Corr. Inst.;

→ "Jason Allen" is employed AS Chief OF Security At Dixon Corr. Inst.

→ "Huey Haley" is employed AS Asst. Warden At Dixon Corr. Inst.

→ "Mrs. Tate" is employed AS Investigating Major At Dixon Corr. Inst.

→ "Mr. Peters" is employed AS Investigating Captain At Dixon Corr. Inst.

→ "Mr. Weatherspoon" is employed AS Major At Dixon Corr. Inst.

→ "Mr. Daval" is employed AS Mental Health Supervisor At Dixon Corr. Inst.

→ Mr. Thurman, is employed AS Mental Health Supervisor At Dixon Corr. Inst. ,.,..

Additional pg. 2 of 2

Part III

Additional Defendants

(C)

→ Lisa Jenkins is employed as Classification At Dixon Corr. Inst.

→ Charles Russ is employed as Classification At Dixon Corr. Inst.

→ Jeff Landry is employed as Louisiana's State Governor, Located in Baton Rouge, La. Capital Station

→ James Leblanc is employed as Secretary Of State, for the Louisiana Department Of Public Safety And Corrections

Legally And Respectfully,

10/28/2024
Date

Solomon J. Verdin Jr. #308501

United States District Court
Middle District OF Louisiana

Solomon J. Verdin Jr. DOC No: 308501
Versus
Tiffany Prevost; Mr. Turner; Jason Allen; Huey Haley; Mrs. Tate; Mr. Peters; Mr. Weatherspoon; Mr. Duval; Mr. Thurman Lisa Jenkins, Charles Russ, Jeff Landry, James LeBlanc

"Statement OF Claim"

A few years ago I convinced offender Manuel Meek's ex-girlfriend a good friend of mines to file criminal charges on him for brutally beating her up one-day; Well the Lafourche Parish 17th Judicial District Court convicted offender Manuel Meek on Attempted 2nd Degree Murder and given him 40-Forty years day-for day; Now the offender has sent numerous other offenders at-me to cause me serious bodily harm and has over half the population at D.C.I. viewing me as a C.I.A./Snitch for the law enforcement... "Well I've been seeking "Protective Custody" from being assaulted, but Security has always ignored me seeking protection and written me-up a-few times, and continues to place me in danger of other offenders

United States District Court
Middle District OF Louisiana

Solomon J. Vendin Jr. DOC No: 308581

Statement OF Claim

Then on June 28th, 2024 my niece "Carla M. Simms" spoken with Chief OF Security Jason Allen, about Concerns for my safety, On the 29th day of June 2024 Chief OF Security Jason Allen tells me verbally he'll get me transferred for my Safety if not before the 4th of July 2024 right After, he's also told my wife Shirley Vendin that also

Then on July 11th, 2024 Major Tate and Captain Peters both Investigators For D.C.I. stated they will also have me transferred For my Safety, but I would have to drop all Complaints / A.R.P.s. So I did because my safety is far more important,

My wife, Shirley Vendin, also spoken with Tiffany Prevost which is Warden's Designee And she also stated I can't get transferred For my protection til I drop All Complaints / A.R.P.s

United States District Court
Middle District Of Louisiana

Solomon J. Verdin Jr. DOC No: 308501

"Statement Of Claim"

Then on the 2nd week of August 2024 I had my wife again contact Captain Peters Investigator for D.C.I. to allow them to know my personal safety is still being threatened, & Capt. Peters then gets with Mental Health Supervisors Mrs. McDaval, Mr. Thurman, And they placed me on Suicide against my own will only because I was seeking Protective Custody, As out of a punishment for Almost a Full month. I've also had my wife Shirley Verdin and Niece Contact Governor of Louisiana and they left messages to Gov. Jeff Landry in regards to my personal safety being in danger at D.C.I not only of inmate assault but Security Retaliation, Also left messages with James Leblanc Secretary of State in regards to my personal safety being in danger here at D.C.I not only from other inmates but Security Also,,, ---- -

Page 4 of 4

United States District Court
Middle District Of Louisiana

Solomon J. Verdin Sr. DOC No: 308501

Statement Of Claim

Whereas not only am I in serious danger from inmate assaults but Retaliation From Security Plus practically all my Due-Process Rights as a-prisoner is intentionally and purposely being deprived, I've also written Certified via Mail to the Governor, Secretary of State District Attorney for East Feliciana Parish, La State Police, Houma City Police where I resided all my life, Attorney Dodd From Dodd Law Firm All in regards to my safety and Due Process Rights being deprived.

Legally And Respectfully,

10/28/2024
Date

Solomon J. Verdin Jr. #308501

B. Defendant Tiffany Prevost is employed as Warden's Designee at Dixon Correctional Institute

C. Additional Defendants: ______

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Upon my arrival here at D.C.I. on 04/16/2024, I noticed that for a prison operated through the La. Dept. of Corrections they had a large amount of narcotics coming through. As I started complaining about it through A.R.P.S. / Correspondence, "Numerous threats of bodily harm started coming at me - from unknown other offenders housed here at D.C.I. After being moved to another unit I encountered an enemy in which his name is Manuel Meek-

Page 1 of 1

Part V United States District Court
Middle District of Louisiana

Solomon J. Verdin, Sr. DOC No: 308501
Relief

Additional Relief:
Compensated not-only from the state but also from each defendant in their official capacity for placing my personal safety in continuance danger, for violating my Due-Process Rights as a prisoner, for all mental anguish it's caused on me and my families entire mental capacity

October 28th, 2024

Legally And Respectfully
Solomon J. Verdin Sr. #308501

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. Transferred immediately For my Personal Safety From assaults by inmates, Retaliation by Security

VI. Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

4. I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this 28th day of October, 2024.

Solomon J. Verdin Sr.

[signature]

Signature of plaintiff(s)

Solomon J. Verdin Jr. #308501
Dixon Corr. Institute
P.O. Box 788
Jackson, La. 70748

quadient
FIRST-CLASS MAIL
$010.20
POSTAGE

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE
CERTIFIED MAIL®

7020 0090 0001 4170 6928

U.S. MARSHAL
SCREENED

Clerk OF Court
United States District Court
Middle District OF Louisiana
777 Florida St.; Ste. 139
Baton Rouge, Louisiana 70801

NOT CENSORED
NOT RESPONSIBLE
FOR CONTENTS
OCT 30 2024
DIXON CORRECTIONAL INSTITUTE
ALL MALE PRISON

702