UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SOLOMON J. VERDIN, JR. (#308501)

VERSUS

TIFFANY PREVOST, ET AL.

CIVIL ACTION

24-914-SDD-EWD

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Erin Wilder-Doomes dated November 12, 2025, to which no *Objection* has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that all Plaintiff Solomon J. Verdin, Jr.'s federal claims are DISMISSED WITH PREJUDICE under 28 U.S.C. §§ 1915(e) and 1915A for failure to state a claim upon which relief may be granted. The Court declines the exercise of supplemental jurisdiction over potential state law claims and this case shall be CLOSED.

Signed in Baton Rouge, Louisiana, on this 4 day of December, 2025.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 11.